**FILED**
**SEP - 1 2021**
**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | **4:21CR00491 HEA/NCC** |
| ) | |
| LEONARD LOVE, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 19, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Walgreen's, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about June 19, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about June 23, 2021, in St. Louis County, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Circle K, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about June 23, 2021, in St. Louis County, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count Three herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

The Grand Jury further charges that:

On or about June 30, 2021, in St. Louis County, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Mobil, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

## COUNT SIX

The Grand Jury further charges that:

On or about June 30, 2021, in St. Louis County, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count Five herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SEVEN

The Grand Jury further charges that:

On or about July 9, 2021, in St. Louis County, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of U-Gas, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title

18, United States Code, Section 1951(a).

## COUNT EIGHT

The Grand Jury further charges that:

On or about July 9, 2021, in St. Louis County, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count Seven herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT NINE

The Grand Jury further charges that:

On or about July 11, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Circle K, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

## COUNT TEN

The Grand Jury further charges that:

On or about July 11, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of

violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count Nine herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT ELEVEN

The Grand Jury further charges that:

On or about July 12, 2021, in St. Charles County, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Mobil On the Run, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

## COUNT TWELVE

The Grand Jury further charges that:

On or about July 12, 2021, in St. Charles County, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery as charged in Count Eleven herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THIRTEEN

The Grand Jury further charges that:

On or about July 16, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**LEONARD LOVE,**

the Defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorney